UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-25203-Civ-COOKE/GOODMAN

MORRIS WILSON, *et al.*,

    Plaintiff

vs.

NCL (BAHAMAS) LTD., d/b/a NORWEGIAN CRUISE LINE,

    Defendant.

_____/

**ORDER OF CONSOLIDATION AND REFERRAL**

THIS MATTER comes before me on the parties' Agreed Motion to Transfer and Consolidate Cases and Consent to Magistrate Judge Jonathan Goodman (ECF No. 12). The Motion relates to 13 separate cases filed against Defendant Norwegian Cruise Line in this District (the "Related Cases"). The Related Cases assert causes of action against Norwegian stemming from its conduct during a January 2018 North American blizzard. Having considered the agreed motion and the record of the Related Cases, I find that the Related Cases involve substantially the same transaction and parties. Accordingly, it is **ORDERED and ADJUDGED** that the Court **GRANTS** the agreed motion as follows:

    1.    The Court **CONSOLIDATES** the following cases:

        a. Morris Wilson *et al.* vs. NCL (Bahamas) LTD., d/b/a Norwegian Cruise Line, No. 18-cv-25203.

        b. Anthony Vitale *et al.* vs. NCL (Bahamas) LTD., d/b/a Norwegian Cruise Line, No. 18-cv-25385.

    c. Geremiah Wheeler vs. NCL (Bahamas) LTD., d/b/a Norwegian Cruise Line, No. 18-cv-25374.

    d. Aaron Bernau *et al.* vs. NCL (Bahamas) LTD., d/b/a Norwegian Cruise Line, No. 18-cv-25401.

    e. Sarah Wheeler *et al.* vs. NCL (Bahamas) LTD., d/b/a Norwegian Cruise Line, No. 18-cv-25402.

    f. Dawn Pannell *et al.* vs. NCL (Bahamas) LTD., d/b/a Norwegian Cruise Line, No. 18-cv-25403.

    g. Tara Patricia Hambly *et al.* vs. NCL (Bahamas) LTD., d/b/a Norwegian Cruise Line, No. 18-cv-25404.

    h. William Kenneth Goble *et al.* vs. NCL (Bahamas) LTD., d/b/a Norwegian Cruise Line, No. 18-cv-25405.

    i. Karen McIntyre *et al.* vs. NCL (Bahamas) LTD., d/b/a Norwegian Cruise Line, No. 18-cv-25406.

    j. Ann Pardi *et al.* vs. NCL (Bahamas) LTD., d/b/a Norwegian Cruise Line, No. 18-cv-25414.

    k. Russ Sermeran *et al.* vs. NCL (Bahamas) LTD., d/b/a Norwegian Cruise Line, No. 18-cv-25415.

    l. Edgardo "Eddie Herrero *et al.* vs. NCL (Bahamas) LTD., d/b/a Norwegian Cruise Line, No. 18-cv-25416.

    m. Stacy Curcio *et al.* vs. NCL (Bahamas) LTD., d/b/a Norwegian Cruise Line, No. 18-cv-25419.

2. United States Magistrate Judge Jonathan Goodman will preside over all further proceedings in this matter, including trial and entry of final judgment.

3. All future filings will be filed only in Case No. 18-25203 and will be captioned *In re NCL (Bahamas) LTD*. The docket sheet will reflect this consolidation and referral.

4. The clerk will **CLOSE** the Related Cases except for the lead case, No. 18-25203.

5. Plaintiffs have 30 days from the date of this Order to file a Consolidated Amended Complaint in Case No. 18-25203.

**DONE and ORDERED** in chambers at Miami, Florida, this 8th day of February 2019.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*